THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-161RSL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| RANGEL RAMIREZ-MANZANO, | ) | |
| Defendant. | ) | |

THE COURT has considered the Motion for Leave to Withdraw as Counsel for Rangel Ramirez-Manzano and the records in this matter.

IT IS NOW ORDERED that Assistant Federal Public Defenders Andrew Kennedy and Vanessa Pai-Thompson are permitted to withdraw as counsel.

DONE this <u>18th</u> day of October 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defenders

ORDER FOR LEAVE TO WITHDRAW
(*United States v. Ramirez-Manzano*, CR22-161RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100