UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v

RANGEL RAMIREZ-MANZANO,

Defendant.

NO.  CR22-161RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A status conference for the above-named defendant is scheduled for **Monday, December 5, 2022 at 11:45 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 29th day of November, 2022.

_s/Laura Hobbs_____
By Laura Hobbs,
Deputy Clerk

MINUTE ORDER