# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | Case No. CR22-161-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |

The Court has considered the unopposed request by defendant Rangel Ramirez-Manzano for an order continuing the pretrial motions due date and the trial date in this matter. Having considered the oral motion and defendant's oral waiver of speedy trial at the December 5, 2022, status hearing in this matter, the Court finds as follows:

1.  The Court finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.  The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3.  The Court finds that the additional time requested between December 5, 2022, and the proposed trial date of September 11, 2023, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, as defendant has requested more time to prepare for trial, to continue to investigate the

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 1

matter, to gather evidence material to the defense, and to consider possible defenses. The additional time requested is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS HEREBY ORDERED that the trial date shall be continued to September 11, 2023, and pretrial motions are to be filed no later than July 26, 2023;

IT IS FURTHER ORDERED that the period of time from December 5, 2022, up to September 30, 2023, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(8)(B)(i) and (iv).

DATED this 9th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 2