UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-161-RSL<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for a Protective Order to Restrain Certain Forfeitable Property ("Motion"), as follows:

- $16,000 in United States currency seized on or about September 8, 2022, from a 2006 Ford F150, VIN #1FTPW14V16KC18101, at 15038 175th Avenue SE, Monroe, WA 98272 ("Subject Currency").

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion, the supporting Declaration of Federal Bureau of Investigation Special Agent Sara K. Blond, and the affidavit of Special Agent Blond in support of the Amended Complaint, hereby FINDS entry of a protective order restraining the above-identified currency is appropriate for the following reasons:

Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Rangel Ramirez-Manzano,* CR22-161-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States gave notice of its intent to pursue forfeiture in the Superseding Indictment returned on February 15, 2023, Dkt. No. 48, and the Forfeiture Bill of Particulars filed on March 9, 2023, Dkt. No. 54;
- Based on the facts set forth in the Special Agent Blond's declaration and affidavit, there is probable cause to believe that, upon Defendant's conviction, the Subject Currency would be subject to forfeiture; and,
- To ensure the currency remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the above-identified currency pending the conclusion of this case is GRANTED; and,

2. The Subject Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this case, to include any ancillary forfeiture proceedings and any subsequently filed civil forfeiture action, and/or upon further order of the Court.

IT IS SO ORDERED.

DATED this 20th day of March, 2023.

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Protective Order Restraining Certain Forfeitable Property - 2
*United States v. Rangel Ramirez-Manzano,* CR22-161-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov