The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-161 RSL<br><br>[PROPOSED] ORDER GRANTING<br>UNITED STATES' MOTION TO FILE<br>AN OVERLENGTH BRIEF |

The Court, having reviewed the Motion of the United States to File an Overlength Brief, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Release that does not exceed 22 pages in length.

DATED this 26 day of September, 2023.

_____
ROBERT S. LASNIK
United States Magistrate Judge

PRESENTED BY:

s/ Catherine L. Crisham
CATHERINE L. CRISHAM
Assistant United States Attorney

Order Permitting Overlength Brief - 1
*United States v. Ramirez-Manzano* / CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970