The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-161 RSL |
| Plaintiff, | |
| v. | [Proposed] |
| RANGEL RAMIREZ-MANZANO | ORDER TO SEAL |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Exhibit and Attachment to its Response to Defendant's Motion for Release,

It is hereby ORDERED that Exhibit 1 and Exhibit A of the government's Motion for Review and Revocation of Release Order shall remain sealed.

DATED this 26 day of September, 2023.    Oct.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

s/ Catherine L. Crisham
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal - 1
*United States v. Ramirez-Manzano / CR22-161 RSL*