The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-161RSL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SUPPLEMENT TO MOTION TO REOPEN DETENTION HEARING AND RELEASE ON BOND |

Having reviewed the government's Unopposed Motion for Extension of Time to Respond to Supplemental Submission of Medical Report Concerning Defense Motion to Reopen Detention Hearing and for Release on Bond, and based upon the reasons set forth in that Motion, IT IS SO ORDERED:

The government shall file its response to the Supplemental Submission of Medical Report Concerning Defense Motion to Reopen Detention Hearing and for Release on Bond no later than November 17, 2023.

IT IS SO ORDERED.

DATED this 14th day of November, 2023.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by /s/ *Assistant United States Attorney Catherine L. Crisham*

UNITED STATES v. RAMIREZ-MANZANO/CR22-161-RSL
ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SUPPLEMENT TO MOTION TO REOPEN DETENTION HEARING AND RELEASE ON BOND- 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970