The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RANGEL RAMIREZ-MANZANO <br><br> Defendant. | NO. CR22-161 RSL <br><br> ORDER TO SEAL EXHIBIT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 to the Government's Response to the Supplement to Motion to Reopen Detention Hearing,

It is hereby ORDERED that Exhibit 1 to the Government's Response shall remain sealed.

DATED this __26th__ day of __January__, 2024.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal - 1
*United States v. Ramirez-Manzano* / CR21-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970