THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-161-RSL |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| RANGEL RAMIREZ-MANZANO, | |
| Defendant. | |

THE COURT has considered the motion by the defense to continue the trial date and extend the pretrial motions deadline, along with the records and files in this case. The Court makes the following findings:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defense has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND EXTEND PRETRIAL
MOTIONS DEADLINE
(*U.S. v. Ramirez-Manzano*, CR22-161-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Mr. Ramirez-Manzano in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of July 1, 2024, and the new trial date is necessary to provide counsel for Mr. Ramirez-Manzano reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

IT IS ORDERED the trial date in this matter is continued from July 1, 2024, to December 2, 2024. All pretrial motions shall be filed no later than October 28, 2024.

IT IS FURTHER ORDERED that the period of time from the date of this order through the new trial date of December 2, 2024, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated this 7th day of May, 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
s/ *Nancy Tenney*
s/ *Gregory Murphy*
Assistant Federal Public Defenders
Attorneys for Rangel Ramirez-Manzano

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND EXTEND PRETRIAL
MOTIONS DEADLINE
(*U.S. v. Ramirez-Manzano*, CR22-161-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100