The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-161-RSL<br><br>ORDER GRANTING COMPETENCY EVALUATION AND HEARING |

The Court has considered the motion of Defendant Rangel Ramirez-Manzano, through his counsel for a competency examination and hearing pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b) and (c), and the Government's response.

IT IS HEREBY ORDERED that a competency examination be conducted for Defendant Ramirez-Manzano.  It is further ordered, pursuant to 18 U.S.C. §§ 4241 and 4247(b), that Defendant shall be committed to the custody of the Attorney General at the Federal Detention Center SeaTac and be examined during that time by a psychiatrist and/or psychologist chosen by the Attorney General who shall conduct a competency examination within the timeframe provided by the statute to attempt to determine if the

ORDER GRANTING COMPETENCY EVALUATION - 1
*U.S. v. Ramirez-Manzano*/CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendant is able to understand the nature and consequences of the proceedings against him and if he is able to assist in his defense.

IT IS FURTHER ORDERED that the examining psychiatrist and/or psychologist shall prepare a report of their examination, file that report with the Court, and provide copies to counsel for the Defendant and the United States. Defendant's expert may provide a response to the report. The Court will set a competency hearing at a future date to be determined upon submission of the expert reports.

IT IS FURTHER ORDERED that any time resulting from any proceeding, including any examinations, to determine the Defendant's competency shall be excluded in computing the time within which trial must commence.

IT IS SO ORDERED this __13th__ day of __September__, 2024.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING COMPETENCY EVALUATION - 2
*U.S. v. Ramirez-Manzano*/CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970