The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-161-RSL<br><br>ORDER GRANTING COMPETENCY EVALUATION AND HEARING |

On September 13, 2024, this Court issued an order that a competency examination be conducted for Defendant Ramirez-Manzano. (Docket No. 122). The Court further ordered, pursuant to 18 U.S.C. §§ 4241 and 4247(b), that the Defendant shall be committed to the custody of the Attorney General at the Federal Detention Center SeaTac (hereinafter "FDC SeaTac") and be examined during that time by a psychiatrist and/or psychologist chosen by the Attorney General who shall conduct a competency examination within the timeframe provided by the statute to attempt to determine if the Defendant is able to understand the nature and consequences of the proceedings against him and if he is able to assist in his defense.

On October 16, 2024, Warden A. Cooper of FDC SeaTac advised the Court by letter that, pursuant to this Court's order, Defendant Ramirez-Manzano had been

ORDER GRANTING COMPETENCY EVALUATION - 1
*U.S. v. Ramirez-Manzano*/CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

designated to FDC SeaTac for a period of study to determine his mental competency. Warden Cooper further advised that "due to the complexity of the case and the language barrier, a Spanish-speaking evaluator from the BOP Central Office will be completing the evaluation." Warden Cooper stated that the Spanish-speaking evaluator was scheduled to arrive on October 21, 2024 and that as such, the Bureau of Prisons was requesting a fifteen-day extension to complete the court-ordered evaluation.

      Having considered the Court's previous order and Warden Cooper's October 16, 2024 letter, the Court hereby ORDERS that the Bureau of Prisons shall be granted an extension until October 31, 2024 to complete the evaluation of Defendant Ramirez-Manzano.

IT IS SO ORDERED this __21st__ day of October, 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING COMPETENCY EVALUATION - 2
*U.S. v. Ramirez-Manzano*/CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970