The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-161-RSL<br><br>ORDER REGARDING MENTAL COMPETENCY RESTORATION |

THE COURT, having reviewed Motion for Competency Hearing (Docket No. 115) filed by counsel for Defendant Rangel Ramirez-Manzano, the Forensic Evaluation prepared by Dr. Manuel E. Gutierrez, dated November 7, 2024, and the entirety of the file in this matter, hereby finds, by a preponderance of the evidence, that the Defendant is presently suffering from a mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Therefore,

IT IS ORDERED that the Defendant be committed of the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), and that the Attorney General shall hospitalize the Defendant for treatment in a suitable facility to determine whether there is a substantial probability that in the foreseeable future the Defendant will attain the capacity to permit the proceedings to go forward and, if appropriate, to undergo competency restoration treatment, which may include, as necessary, individual therapy;

ORDER REGARDING MENTAL COMPETENCY RESTORATION- 1
*United States v. Ramirez-Manzano,* CR22-161-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that this hospitalization shall be for a reasonable
2  period of time, not to exceed four months, commencing from the date of designation of a
3  suitable facility by the Bureau of Prisons, and that this period of time may be extended
4  for an additional reasonable period of time only upon further Order of this Court;

5  IT IS FURTHER ORDERED that, no later than upon the completion of the
6  aforementioned four-month period, the mental health professionals acting on behalf of
7  the Attorney General shall prepare a report of their examination of the defendant and of
8  his competency status, and that this report be filed with the Court, with copies provided
   to counsel for the defendant and the government;

9  IT IS FURTHER ORDERED that the United States Marshals Service shall
10 arrange for the transportation of the Defendant at government expense to and from the
11 facility designated by the Bureau of Prisons and that such transportation be carried out in
12 a way that avoids unreasonable delays;

13 IT IS FURTHER ORDERED that the Defendant shall cooperate with the persons
14 performing this examination and competency restoration treatment; and

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(A) and (h)(4), that the period of delay resulting from the commitment period and other proceedings related to the Defendant's mental competency, including any time leading up to and including the Court's hearing concerning defendant's competency following examination and treatment, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS SO ORDERED.

Dated this 5th day of December, 2025.

*signature*

Robert S. Lasnik
United States District Judge

Presented by:

*s/Catherine L. Crisham*
*s/Rachel Yemini*
CATHERINE L. CRISHAM
RACHEL YEMINI
Assistant United States Attorneys


*/s Andrew Kennedy*
*/s Nancy Tenney*
*/s Gregory Murphy*
ANDREW KENNEDY
NANCY TENNEY
GREGORY MURPHY
Assistant Federal Public Defender
Counsel for Joseph Daniel Schmidt

ORDER REGARDING MENTAL COMPETENCY RESTORATION- 3
*United States v. Ramirez-Manzano,* CR22-161-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970