The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RANGEL RAMIREZ-MANZANO, <br><br> Defendant. | NO. CR22-161 RSL <br><br> ORDER TO SEAL EXHIBIT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 to the Government's Memorandum Regarding Competency Hearing,

It is hereby ORDERED that Exhibit 1 shall remain sealed.

DATED this 30th day of October, 2025.

_____
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Rachel Yemini*
RACHEL YEMINI
Assistant United States Attorney

Order to Seal - 1
*United States v. Ramirez-Manzano* / CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970