The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-161-RSL<br><br>ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL |

On December 5, 2024, the Court found the Defendant Rangel Ramirez-Manzano mentally incompetent to proceed. Dkt. 127. Mr. Ramirez-Manzano was committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), to undergo competency restoration treatment. Dkt. 128 at 1.

The Bureau of Prisons (BOP) designated Mr. Ramirez-Manzano to the Federal Medical Center Devens in Massachusetts, where he participated in restoration sessions and was observed and evaluated by clinical staff over several months. Dkt. 133 at 1. The Court received a Forensic Report and a Certificate of Competency from the Warden of FMC Devens, dated August 6, 2025, certifying that Mr. Ramirez-Manzano had been restored to competency and "is able to understand the nature and consequences of the

Order Finding Defendant Competent to Stand Trial - 1
*United States v. Ramirez-Manzano* / CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

proceedings against him and to assist properly in the defense of the claims brought against him." Mr. Ramirez-Manzano was transported back to the Western District of Washington.

On October 23, 2025, Mr. Ramirez-Manzano's defense counsel filed Defense Memorandum Regarding Upcoming Competency Hearing, arguing that Mr. Ramirez-Manzano had not, in fact, been restored to competency. Dkt. 135 at 1. They cited defense expert Dr. Tedd Judd, who had evaluated Mr. Ramirez-Manzano on April 3 and May 9, 2024, and submitted to the Court a report regarding his competency dated June 10, 2024, as well as BOP Psychologist Manuel Guitierrez, who conducted an evaluation and submitted a competency report, dated November 7, 2024. *Id.* The government filed a memorandum on October 27, 2025, asking the Court to find Mr. Ramirez-Manzano competent based on the report of BOP Forensic Psychologist Miriam Kissin, dated July 24, 2025, who evaluated Mr. Ramirez-Manzano during his restoration process at FMC Devens. Dkt. 138.

On October 30, 2025, the Court held a hearing pursuant to 18 U.S.C. § 4247(d) to determine Mr. Ramirez-Manzano's competency. In advance of this hearing, the Court reviewed the parties' briefing and all forensic reports submitted. The Court heard from Dr. Kissin, who explained the restoration process and described her observations and evaluation of Mr. Ramirez-Manzano at FMC Devens. The Court also heard from Dr. Judd who explained the basis for his prior evaluation of Mr. Ramirez-Manzano's competency.

Based on the record before the Court, the COURT HEREBY FINDS that:

1. Mr. Ramirez-Manzano's competency has been restored to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. He is now competent to stand trial.
2. Mr. Ramirez-Manzano is hereby discharged from FMC Devens.

Order Finding Defendant Competent to Stand Trial - 2
*United States v. Ramirez-Manzano* / CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. All time between July 19, 2024 (the date of the defendant's Motion for Competency Evaluation), and the date of this Order shall be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A), (h)(1)(F), (h)(1)(H), and (h)(4).

4. The parties are hereby directed to confer about a proposed trial date and to submit an Amended Case Scheduling Order.

IT IS SO ORDERED.

DATED this 13th day of November, 2025.

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/*
CATHERINE CRISHAM
Assistant United States Attorney

*s/*
NANCY TENNEY
Assistant Federal Public Defender
Counsel for Rangel Ramirez-Manzano


ANDY KENNEDY
Assistant Federal Public Defender
Counsel for Rangel Ramirez-Manzano


GREG MURPHY
Assistant Federal Public Defender
Counsel for Rangel Ramirez-Manzano

Order Finding Defendant Competent to Stand Trial - 3
*United States v. Ramirez-Manzano* / CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970