The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANGEL RAMIREZ-MANZANO,<br><br>Defendant. | NO. CR22-0161-RSL<br><br>ORDER CONTINUING TRIAL DATE |

The Court has considered the submissions filed by the parties regarding the Speedy Trial Act calculation in the above-titled case, as well as the arguments made by counsel for the government and defense at the November 20, 2025 status conference in this matter. Having considered the arguments set forth in the parties' submissions and at the status conference,

The Court finds that the ends of justice will be served by setting one trial date for all counts in the Superseding Indictment. Specifically, the Court finds that the interest of avoiding unnecessary re-traumatization of Adult Victim 1 and ensuring the efficient allocation of limited resources is in the interest of justice and outweighs the best interests of the public and Ramirez-Manzano in going forward with a separate trial on Counts Two through Four.

The Court further finds that a continuance on Counts One through Four is necessary to maintain continuity of government counsel and ensure that government counsel has adequate time for effective case preparation, and that failure to grant such a continuance will result in a miscarriage of justice. The Court further finds that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

The Court further finds that the period of time from November 20, 2025 to March 31, 2026 shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

IT IS THERFORE ORDERED that the trial date in this matter is continued to March 31, 2026.

DONE this 26th day of November, 2025.

_____
Robert S. Lasnik
United States District Judge