The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

RANGEL RAMIREZ-MANZANO

Defendant.

NO. CR22-161 RSL

ORDER TO SEAL DOCUMENT

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 to the Government's Sentencing Memorandum,

It is hereby ORDERED that Exhibit 1 shall remain sealed.

DATED this 2nd day of April, 2026.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

s/ Rachel Yemini
RACHEL YEMINI
Assistant United States Attorney

Order to Seal - 1
*United States v. Ramirez-Manzano* / CR22-161 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970